UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO.00-852 (MJD/JGL)

JOSEPH TRENT MOSBY,

Petitioner,

v.

AMENDMENT TO
REPORT AND RECOMMENDATION

UNITED STATES OF AMERICA and
SENIOR JUDGE RUSSELL G. CLARK,

Respondents.

The Report and Recommendation in the above-captioned case, dated April 14, 2000, included the incorrect date for the filing of objections to the Report and Recommendation.

IT IS HEREBY ORDERED that the Report and Recommendation, dated April 14, 2000, in the above-captioned case is amended to read as follows:

Under D.Minn. LR72.1(c)(2) any party may object to the Report and Recommendation by filing with the Clerk of Court, and serving all parties by **May 5, 2000**, a writing which specifically identifies those portions of this report to which objections are made and the basis of those objections. Failure to comply with this procedure may operate as a forfeiture of the objecting party's right to seek review in the court of appeals. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made. This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable directly to the Circuit Court of Appeals.

Dated: April 19, 2000.

JONATHAN G. LEBEDOFF
United States Magistrate Judge

FILED APR 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________