# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joseph Trent Mosby

Case No. Civil 00-852 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

United States of America and
Senior Judge Russell G. Clark

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Petitioner's application for leave to file in forma pauperis is denied;

2. Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. 2241 is denied;

3. This action is summarily dismissed.

DATE: June 15, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(14)