UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

JOSEPH TRENT MOSBY,

Petitioner,

v.

UNITED STATES OF AMERICA and
SENIOR JUDGE RUSSELL G. CLARK,

Respondents.

Civil No. 00-852 (MJD/JGL)

**ORDER**

THIS MATTER is before the undersigned United States Magistrate Judge on Petitioner's two pending post-judgment motions -- (1) a "Motion To Correct And Amend The Record," (Docket No. 17), and (2) a "Motion To Transfer Habeas File To The Western District Northern Division Of Missouri," (Docket No. 18).

A. Motion To Correct Record

In his first motion, Petitioner asks the Court to "order the correction and amendment of the recorded docket sheet" to show that he paid a $150 filing fee in this case, and that he received a refund of $145. (Petitioner was entitled to the refund, because the correct filing fee for his habeas corpus petition was only $5. See 28 U.S.C. § 1914(a).) The Court has reviewed the docket sheet maintained by the Clerk of Court and finds that it accurately reflects both Petitioner's $150 filing fee payment and the $145 refund. Therefore, the Court finds no reason to direct the Clerk to alter his records, and Petitioner's motion to correct the record will be denied.

OCT 02 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

B. Motion To Transfer

In his second post-judgment motion, Petitioner asks the Court to order that this case be transferred to the Western District of Missouri, pursuant to 28 U.S.C. § 1631. That statute provides that "[w]henever a civil action is filed in a court... and that court finds that there is a want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action... to any other such court in which the action... could have been brought at the time it was filed." (Emphasis added.)

The action that Petitioner is seeking to transfer is a habeas corpus proceeding brought under 28 U.S.C. § 2241. The only proper district in which such an action can be brought is the district in which he is confined. Kills Crow v. United States, 555 F.2d 183, 189, n. 9 (8th Cir. 1977). Plaintiff was confined in Minnesota -- not in the Western District of Missouri -- when he commenced this action. Therefore, the instant § 2241 proceeding could not have been brought in the Western District of Missouri at the time it was filed. It follows that the action cannot now be transferred to that district pursuant to § 1631. Petitioner's transfer motion must therefore be denied.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

(1) Petitioner's "Motion To Correct And Amend The Record," (Docket No. 17), is DENIED; and

(2) Petitioner's "Motion To Transfer Habeas File To The Western District Northern Division Of Missouri," (Docket No. 18), is DENIED.

DATED: OCT. 2, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge